*So Ordered:* [signature]

2/8/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

        - against -

GARY S. BECKER,
GREGORY S. SCHAEFER,            09 Civ. 5707 (SAS)
DILLON SCOTT SECURITIES, INC.,
                            ORDER

                  Defendants.

-----------------------------------------------------------------x

        A conference was held today before the Court at the request of Plaintiff Securities and Exchange Commission, at which Plaintiff and counsel of record for all Defendants was present. For the reasons stated on the record, and upon all prior proceedings had herein,

IT IS HEREBY ORDERED:

                                      I.

        Defendants shall produce on or before March 5, 2010, all documents not previously produced, as described in Plaintiff's December 31, 2009 letter to counsel for Defendants, and directed by the Court to be produced on the record during the February 5, 2010 conference. If Defendants do not produce these materials to Plaintiff on or before March 5, 2010, ~~default judgment shall be entered against Defendants upon motion~~ of Plaintiff *may move for a default judgment based on defendants' failure to comply with a court order.*

II.

The discovery deadline set forth in the August 21, 2009 Scheduling Order is hereby adjourned to April 30, 2010, and the date for the final pre-trial conference pursuant to Fed. R. Civ. P. 16(d) set forth in the August 21, 2009 Scheduling Order is adjourned to May 18, 2010 at 4:30 p.m.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

2/8/10